**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

_____

No. 01-30266
_____


ENERGY DEVELOPMENT CORPORATION
Plaintiff-Appellee

VERSUS

MICHAEL X. ST. MARTIN; VIRGINIA RAYNE ST. MARTIN;
QUALITY ENVIRONMENTAL PROCESSES, INC.
Defendant-Appellants

THE LOUISIANA LAND AND EXPLORATION COMPANY
Defendant - Counter Plaintiff

VERSUS

SAMUEL J. STAGG, III, M.D.; husband of; JULIE M. STAGG; JAMES G.
FISTER, husband of; LINDA F. FISTER; BAYOU AREA CHILDREN'S
FOUNDATION, INC.

Counter Defendants - Appellants
-------------------------------------------------------------------

ENERGY DEVELOPMENT CORPORATION
Plaintiff-Appellee

VERSUS

MICHAEL X. ST. MARTIN; VIRGINIA RAYNE ST. MARTIN;
QUALITY ENVIRONMENTAL PROCESSES, INC.
Defendant-Appellants

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
99-CV-1793
_____

February 20, 2002


Before GARWOOD, JOLLY, and DAVIS, Circuit Judges

PER CURIAM:[*]

_____

   [*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this
opinion should not be published and is not precedent except under

We AFFIRM the judgment of the district court essentially on the basis of its careful Memorandum Opinion dated December 12, 2000. The res judicata defense asserted by appellant for the first time on appeal was not timely raised in the district court and therefore is waived.

All outstanding motions in this case are DENIED.

AFFIRMED.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.